**IN RE: PROBOKNOW, LLC, Appellant**

**2017-1217**

United States Court of Appeals,
Federal Circuit.

January 19, 2018

JEREMY ADAM SCHACHTER, Kilpatrick Townsend & Stockton LLP, New York, NY, argued for appellant. Also represented by THEODORE H. DAVIS, JR., Atlanta, GA.

BENJAMIN T. HICKMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, CHRISTINA HIEBER.

(Newman, Dyk, and Chen, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**